UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS, <br> Plaintiff, <br> v. <br> CONTRA COSTA COUNTY, et al., <br> Defendants. | Case No. 20-cv-06112-WHO (PR) <br><br> **ORDER OF DIMISSAL** <br><br> Dkt. Nos. 13 and 14 |

Pursuant to plaintiff Lewis's notice of voluntary dismissal without prejudice, (Dkt. No. 15), this action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). All pending motions are DENIED as moot.

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 18, 2021

_____
WILLIAM H. ORRICK
United States District Judge